IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| KEITH RUSSELL JUDD, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | |
| vs. | ) ) | Case No. 11-4146-CV-S-ODS |
| SECRETARY OF STATE OF MISSOURI, et al., | ) ) ) ) | |
| Defendants. | ) | |

### ORDER DENYING PLAINTIFF'S MOTION FOR RELIEF FROM JUDGMENT

Plaintiff has filed a Motion for Relief from Judgment and other various motions. Defendant has not responded and the time for doing so has passed. Plaintiff's motions raise arguments that have been repeatedly rejected and offers no reason justifying a different outcome. Plaintiff's motions are denied.

.
IT IS SO ORDERED.

/s/ Ortrie D. Smith
ORTRIE D. SMITH, SENIOR JUDGE
DATE: August 27, 2012  UNITED STATES DISTRICT COURT